1082

[No. 48616-1-I.   Division One.   January 14, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. GAIL FRANCIS
BLOWERS, *Appellant*.

Appeal from a judgment of the Superior Court for
Snohomish County, No. 00-1-01132-1, Anita L. Farris, J.,
entered May 11, 2001. *Remanded* by unpublished per
curiam opinion.

[Nos. 48686-1-I; 48687-0-I.   Division One.   January 14, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. DEVAUGHN C.
DORSEY, *Appellant*.

Appeals from judgments of the Superior Court for King
County, Nos. 99-1-50406-9 and 00-1-02503-0, Cheryl B.
Carey, J., entered June 15, 2001. *Reversed* by unpublished
per curiam opinion.

[No. 18196-1-III.   Division Three.   January 15, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. RAYNALDO JAIME,
*Appellant*.

Appeal from a judgment of the Superior Court for Spo-
kane County, No. 92-1-01565-1, Neal Q. Rielly, J., entered
December 18, 1998. *Affirmed* by unpublished opinion per
Kato, J., concurred in by Brown, A.C.J., and Schultheis, J.

[No. 19886-3-III.   Division Three.   January 15, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. MELANIE I.
CORDOVA, *Appellant*.

Appeal from a judgment of the Superior Court for Benton
County, No. 00-1-00962-7, Carolyn A. Brown, J., entered
January 17, 2001. *Remanded* by unpublished opinion per
Kato, J., concurred in by Brown, A.C.J., and Schultheis, J.